UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

JOSE HENRIQUEZ and
MARQUIS SOUTHWELL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER

24 Cr. 551 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An initial conference for this case is hereby scheduled for October 1, 2024 at 10:00 a.m.

Dated: September 19, 2024
       New York, New York

SO ORDERED.

*[signature: George B. Daniels]*
GEORGE B. DANIELS
United States District Judge