

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

**SO ORDERED**

December 9,

The conference scheduled for December 11, 2024 is adjourned to January 21, 2025 at 10:00 a.m.

*/s/ George B. Daniels*

DEC 10 2024

HON. GEORGE B. DANIELS

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **United States v. Jose Henriquez, et al. Case No. 1:24-cr-00551**

Dear Judge Daniels,

On Friday, December 6, 2024, we were appointed as new counsel for Jose Henriquez in the above-captioned case. We write to respectfully request an adjournment of the December 11, 2024 status conference, in light of a conflict with a matter that was scheduled before our appointment as counsel for Mr. Henriquez. An adjournment will also allow us time to review materials in this case and consult with Mr. Henriquez.

We have spoken with Your Honor's deputy, who informed us that January 21, 2025 at 10:00 a.m. is a time that would be convenient for the Court to reschedule this conference. We therefore respectfully request that the Court adjourn the status conference to that date.

We have spoken with counsel for the Government, who consents to this request. We consent to the exclusion of time in order to allow us to review the materials necessary to prepare for the conference.

Respectfully submitted,

*/s/ Joan M. Loughnane*

Joan M. Loughnane

Cc: AUSA Marguerite Colson (by email)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

4916-2572-4933v.2