UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

JOSE HENRIQUEZ,

              Defendant.

------------------------------------x

SCHEDULING ORDER

24 Cr. 551 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court is in receipt of defense counsel's request to be relieved as counsel, appoint substitute CJA counsel for Defendant, and adjourn sentencing. The request to appoint substitute counsel is GRANTED. Ms. Loughnane and Sidley Austin will be relieved as Defendant's counsel upon the appointment of substitute CJA counsel. The sentencing currently scheduled for September 9, 2025 is adjourned to November 13, 2025 at 10:30 a.m.

Dated: August 28, 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge