**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

August 27, 2025

*Application
Granted.

[signature]
9/3/25*

**BY ELECTRONIC MAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Request for Appointment of Substitute Counsel
      United States v. Jose Henriquez, No. 24-CR-551 (GBD)

Dear Judge Daniels:

We write pursuant to our appointment under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel for Jose Henriquez. We respectfully request the appointment of substitute counsel for Mr. Henriquez. While we cannot reveal the substance of our privileged conversations, Mr. Henriquez has requested that we take certain steps that we believe would present a conflict were we to pursue them. We therefore request that the Court appoint substitute counsel who can evaluate Mr. Henriquez's requests without that conflict. We have spoken with Assistant U.S. Attorney Marguerite Colson, who takes no position on this request.

We further respectfully request an adjournment of Mr. Henriquez's sentencing date, currently scheduled for September 9, 2025, and the accompanying submissions, to allow new counsel to consult with Mr. Henriquez in advance of any proceedings. Assistant U.S. Attorney Colson consents to this request for an adjournment, and requests that the sentencing be rescheduled in or after November in light of a previously scheduled trial.

Pursuant to Section VIII(B) of the Revised Plan for Furnishing Representation Under the Criminal Justice Act for the Southern District of New York, we respectfully request that Joan

1

# SIDLEY

Hon. George B. Daniels
August 27, 2025
Page 2

Loughnane and Sidley be relieved as Mr. Henriquez's counsel upon the appointment of substitute CJA counsel.

Dated: August 27, 2025

Respectfully submitted,

*/s/ Joan M. Loughnane*

Joan M. Loughnane
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5567
jloughnane@sidley.com

cc:   AUSA Marguerite Colson (by email)
      Mr. Jose Henriquez (by Corrlinks and FedEx)

2