UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

       -against-

ORDER

JOSE HENRIQUEZ,

24 Cr. 551-1 (GBD)

                   Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    A conference is hereby scheduled for October 7, 2025 at 10:15 a.m.

Dated: September 24, 2025
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge