STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

September 25, 2025

SEP 2 5 2025

By: ECF

The Honorable George B. Daniels
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

*The conference scheduled for October 7, 2025 is adjourned to October 16, 2025 at 10:00 a.m.*

*SO ORDERED*

*s/ George B. Daniels*
*HON. GEORGE B. DANIELS*

Re: United States v. Jose Henriquez Cr. 24-551-1(GBD)

Dear Judge Daniels:

Yesterday Your Honor issued an Order scheduling a conference in this matter for October 7, 2025. I will be out of the country that week. I have consulted your courtroom deputy and the government about an alternative date. I would respectfully request that the conference be scheduled for October 16th, 2025, at a time convenient to the court.

Very truly yours,

s/ James Roth

Cc. AUSA Margueritte Colson